# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID LONGWELL,** | ) | **CASE NO. 8:07CV489** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **OMAHA PERFORMING ARTS SOCIETY,** | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Motion to Extend Time (Filing No. 46) to file his brief in response to the Defendant's Motion for Summary Judgment (Filing No. 41). In his Motion, the Plaintiff reports that he has conferred with opposing counsel and that the parties have signed a "Stipulation" wherein both agree to the extension of time. (Filing No. 46, Exh. A at 3.) The Plaintiff requests that this Court grant him until August 28, 2009, to submit his brief and any corresponding index of evidence. (Filing No. 46.) Accordingly, the Court finds the Plaintiff's Motion to Extend Time (Filing No. 46) should be granted.

IT IS SO ORDERED:

1. The Plaintiff's Motion to Extend Time (Filing No. 46) is granted; and

2. The Plaintiff's brief in response to the Defendant's Motion for Summary Judgment (Filing No. 41), and any corresponding index of evidence, shall be filed on or before August 28, 2009.

DATED this 30th day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge