IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID LONGWELL, | ) | Case No. 8:07CV489 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| OMAHA PERFORMING ARTS SOCIETY, | ) ) ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Robert Broom, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **February 12, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for January 15, 2010, is cancelled upon the representation that this case is settled.

Dated this 12th day of January 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge