# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID LONGWELL,** | ) | **CASE NO. 8:07CV489** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **OMAHA PERFORMING ARTS SOCIETY,** | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Stipulation to Dismiss Plaintiff's Complaint with Prejudice (Filing No. 60). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 60) is approved;

2. Plaintiff David Longwell's claims against Defendant Omaha Performing Arts Society are dismissed with prejudice; and

3. Each party will pay its own costs and attorney fees.

DATED this 21st day of January, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge